```
 1  THOMAS F. LANDERS [SBN 207335]
    tlanders@swsslaw.com
 2  LEAH S. STRICKLAND [SBN 265724]
    lstrickland@swsslaw.com
 3  SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
 4  San Diego, California 92101
    (t) 619.231.0303
 5  (f) 619.231.4755

 6  Attorneys for Defendants MIDLAND
    FUNDING, LLC, MIDLAND CREDIT
 7  MANAGEMENT, INC., and ENCORE
    CAPITAL GROUP, INC.
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| CHARLOTTE FERRIS, | Case No. 13-CV-1131 MMA (BGS) |
|---|---|
| Plaintiff, | **DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |
| v. | |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC; and ENCORE CAPITAL GROUP, INC., | |
| Defendants. | |

With no admission of liability, and for the purpose of compromising all disputes between, on the one hand, Plaintiff CHARLOTTE FERRIS ("Plaintiff") and, on the other hand, Defendants MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC, and ENCORE CAPITAL GROUP, INC. ("Defendants"), Defendants hereby offer to allow entry of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, on the following terms:

1. Judgment for Plaintiff against Defendants in the total sum of $2,001.00, plus reasonable attorneys' fees incurred and costs accrued to the date of this offer as determined by the Court.

///

///

Pursuant to Federal Rule of Civil Procedure 68, this offer must be accepted within fourteen (14) days of service, and is thereafter withdrawn.

DATED: September 9, 2013        SOLOMON WARD SEIDENWURM & SMITH. LLP

By: _____
THOMAS F. LANDERS
Attorneys for Defendants MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC, and ENCORE CAPITAL GROUP. INC

The above Rule 68 offer of judgment is hereby accepted.

DATED:                          KIMMEL & SILVERMAN, P.C.

By: _____
AMY L. BENNECOFF
Attorneys for Plaintiff CHARLOTTE FERRIS