

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Ferris | Civil Action No.  13cv1131-MMA(BGS) |
| Plaintiff, | |
| V. | |
| Midland Funding, LLC;<br>Midland Credit Management, Inc.;<br>Encore Capital Group, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Midland Funding, LLC, Midland Credit Management, Inc., Encore Capital Group, Inc. Rule 68 Offer of Judgment is hereby accepted by Plaintiff Charlotte Ferris.

Date:      9/18/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ L. Hammer
                                                            L. Hammer, Deputy