Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE FERRIS, | Case No. **3:13-cv-1131-MMA-BGS** |
| Plaintiff, | |
| vs. | **Acknowledgement of Full Satisfaction of Judgment** |
| MIDLAND FUNDING, LLC, *et al.*, | |
| Defendant. | |

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff Charlotte Ferris, by and through his undersigned attorney of record, hereby acknowledges that the Judgment entered by this Court in this action on September 18, 2013 has been satisfied in full.

RESPECTFULLY SUBMITTED,

Date:  March 12, 2014          KIMMEL & SILVERMAN, P.C.

/S/ Amy L. Bennecoff
AMY L. BENNECOFF
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of March, 2014:

Thomas F. Landers, Esquire
Solomon, Ward, Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Email: tlanders@swsslaw.com

DATED:  March 12, 2014           /s/ Amy L. Bennecoff
                                 Amy L. Bennecoff
                                 Attorney for Plaintiff